**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover     Date:  July 30, 2010
Court Reporter:      Paul Zuckerman
Probation Officer:    Michelle Means

Criminal Action No. 08-cr-00458-MSK

*Parties*:                             *Counsel*:

UNITED STATES OF AMERICA,      Tim Neff

            Plaintiff,

v.

JEFFREY HARRIS,                Michael Lindsey

            Defendant.

---

## SENTENCING MINUTES

---

**11:06 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on November 30, 2009.  Defendant pled guilty to Count 20 of the Indictment.**

The Court recites the historical record of this case and confirms with defendant that he does not wish to withdraw his plea of guilty to Count 20 of the Indictment.  Pursuant to its previous oral motion, the Government  still wishes to dismiss the remaining counts of the Indictment against this defendant in this case (except Count 20)  and all of the Counts in  the  Indictment against this defendant in Case No. 08-cr-00456.

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government **does** request departure (**Doc. #243**).  The defendant has no objection.

The defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #241**). Argument by Mr. Lindsey.

Allocution. - Statements made by: The defendant.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**     The Government's oral motion to dismiss all remaining Counts of the Indictment (except Count 20) in Case No. 08-cr-00458 and all the Counts in the Indictment in Case No. 08-cr-00456 is **GRANTED.**

**ORDER:**     The Government's Motion for Downward Departure (**Doc. #243**) is **GRANTED**.

**ORDER:**     Defendant's Motion for Non-Guideline Sentence (**Doc. #241**) is **DENIED.**

**ORDER:**     **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

11:56 a.**m.**     **Court in recess.**

Total Time:     50 minutes.
Hearing concluded.