UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00458-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEFFREY HARRIS,

    Defendant.
_____

# ORDER SETTING HEARING AND ADVISING DEFENDANT OF RIGHT TO APPEAL
_____

**THIS MATTER** comes before the Court *sua sponte*.

Upon reviewing the transcript of the sentencing hearing conducted today, the Court observes that it failed to give an adivsement to the Defendant of his right to appeal.

Fed. R. Crim. P. 32(j)(1)(B) requires that the Court advise the Defendant of his right to appeal the sentence at the time sentence is imposed. The Court's failure to give such an advisement constitutes error that may warrant relief to the Defendant from the sentence. *Peguero v. U.S.*, 526 U.S. 23, 27 (1999).

To cure this defect, the Court directs that the Defendant appear at a hearing scheduled for **8:30 a.m.** on **Monday, August 9, 2010** for purposes of receiving an oral advisement from the Court of his right to appeal pursuant to Rule 32(j).

Dated this 30th day of July, 2010

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge